UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. § 2703(d) | No. 3:23-mj-666 RMS<br><br>**<u>Filed Under Seal</u>** |

## **<u>MOTION TO SEAL</u>**

      In accordance with Local Rule 57 of the Local Rules of Criminal Procedure, the United States respectfully submits this motion to seal the Application and Order pursuant to 18 U.S.C. § 2703(d) and the motion and order to seal (collectively, the "Sealed Documents"), for a period of six months, until January 28, 2024. The United States submits that sealing is necessary because the matter relates to an ongoing criminal investigation that is neither public nor known to the target of the investigation. Therefore, there is reason to believe that public disclosure of the Sealed Documents may seriously jeopardize the investigation, including by giving defendant an opportunity to flee. Premature disclosure of the Sealed Documents may also increase the risk of harm for the law enforcement officers responsible for investigating this matter.

      Accordingly, the United States submits that sealing is warranted because the presumption of access to these investigative documents is outweighed by these countervailing factors in favor of sealing. Moreover, even if a higher standard for sealing applied, sealing these documents is essential to preserve the compelling interests set forth above and narrowly tailored to serve those interests.

WHEREFORE, the United States respectfully requests that the Court grant the attached Order sealing the Sealed Documents for a period of six months, until January 28, 2024.

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

JESSICA CASEY
*Digitally signed by JESSICA CASEY
Date: 2023.07.28 15:58:09 -04'00'*

JESSICA CASEY
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv207163
157 Church Street, 25th Floor
New Haven, CT 06510
Tel.: (203) 821-3700
Email: Jessica.casey@usdoj.gov